AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALBERTO ALVAREZ,

*Plaintiff*

v.

CITY OF YAKIMA, TRAVIS SHEPHARD, CLAUDIA PADILLA SHEPHARD, JEFF SCHAAP, YERICA MERAZ, and KEVIN LEE,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 03, 2020**

SEAN F. McAVOY, CLERK

Civil Action No.  1:20-cv-03057-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Action is DISMISSED with prejudice for failure to state a claim against identified Defendants upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian

Date: 9/3/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams